UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOMEWORKS RESTORATION, LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) )   No. 1:24-cv-01705-JMS-MKK |
| FRANKENMUTH INSURANCE COMPANY, | ) ) ) |
| *Defendant*. | ) |

**ORDER**

On October 21, 2024, the Court issued an order identifying jurisdictional deficiencies in Plaintiff's Amended Complaint and Rule 7.1 Disclosure Statement. [Filing No. 19.] The Court directed Plaintiff to file a Second Amended Complaint and Amended Rule 7.1 Disclosure Statement. [Filing No. 19.] Plaintiff requested an extension of time to file, which was granted in part, ordering Plaintiff to file an Amended Rule 7.1 Disclosure Statement by November 12, 2024, and a Second Amended Complaint by December 4, 2024. [Filing No. 22.] Although Plaintiff has filed its Amended Rule 7.1 Disclosure Statement, [Filing No. 23], as of the date of this Order, Plaintiff has not filed its Second Amended Complaint.

Plaintiff is **ORDERED TO SHOW CAUSE by December 20, 2024**, why this case should not be dismissed for failure to comply with the Court's instructions. Any response must include an explanation as to why the deadline was missed and, if Plaintiff intends to proceed with this case, must also include by separate filing a Second Amended Complaint.

Date: 12/9/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

1

Distribution:

Jason D. May
jason.may@jasonmaylaw.com

Melanie A. Ryder
Jason May Law
mryder@jasonmaylaw.com