# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOMEWORKS RESTORATION, LLC, )<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FRANKENMUTH INSURANCE COMPANY, )<br>*Defendant.* ) | Civil Action No. 1:24-cv-1705-JMS-MKK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, HomeWorks Restoration, LLC, ("HomeWorks"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby stipulates and agrees that all claims in the above-captioned matter are dismissed with prejudice.

Respectfully Submitted,

JASON MAY LAW

*/s/ JDMay*

Jason D. May, #27434-49
Melanie A. Ryder, #34576-29
9201 N. Meridian Street, Suite 220
Indianapolis, Indiana 46260
Telephone: (317) 218-3859
jason.may@jasonmaylaw.com
mryder@jasonmaylaw.com
*Attorneys for Plaintiff, HomeWorks Restoration, LLC*